IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. G-00-16 |
| § | CIVIL ACTION NO. G-05-102 |
| MARK DAVID WARREN § | |

## ORDER OF DISMISSAL

Pursuant to this Court's Opinion and Order of even date herewith, the "Petition under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence" (Instrument no. 71) of Mark David Warren is **DISMISSED**.

**THIS IS A FINAL APPEALABLE ORDER.**

**DONE** at Galveston, Texas, this 9th day of December, 2005.

Samuel B. Kent
United States District Judge